[No. 40681-1-II.  Division Two.  August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON WESLEY GREGG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01951-7, Diane M. Woolard, J., entered April 27, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[Nos. 41591-7-II; 41743-0-II.  Division Two.  August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER JAMES MAHONE, *Appellant*.

*In the Matter of the Personal Restraint of* SYLVESTER JAMES MAHONE, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02159-2, Ronald E. Culpepper, J., entered November 5, 2010, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded with instructions* and petition *denied* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 41613-1-II.  Division Two.  August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD THOMAS LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01190-4, Christine A. Pomeroy, J., entered December 9, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J.; Armstrong, J., dissenting.